KAREN L. LOEFFLER
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. |
|---|---|
| Plaintiff, | ) |
| | ) COUNT 1: |
| vs. | ) DISTRIBUTION OF CHILD |
| | ) PORNOGRAPHY |
| SCOTT MORRILL, | ) Vio. 18 U.S.C. §§ 2252(a)(2) and (b)(1) |
| aka "sarshamom@yahoo.com" | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1
DISTRIBUTION OF CHILD PORNOGRAPHY

On or about September 9, 2011, in the District of Alaska and elsewhere, the defendant, SCOTT MORRILL, aka "sarshamom@yahoo.com," did knowingly distribute visual depictions of a minor engaging in sexually explicit conduct, and

the production of those visual depictions involved the use of a minor engaging in sexually explicit conduct.  Those visual depictions were contained in an email attachment, and were distributed using a means and facility of interstate and foreign commerce.

All of which is in violation of Title 18 U.S.C. §§ 2252(a)(2) and (b)(1).

A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

s/Audrey J. Renschen
AUDREY J. RENSCHEN
Assistant U. S. Attorney
United States of America


s/Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney
United States of America


DATED: November 17, 2011